ORDERED.

Dated: August 25, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID A. JANNEY,             Case No. 6:15-bk-10209-CCJ

    Debtor.                      Chapter 7
_____/

MULTIBANK 2009-1 CML-ADC VENTURE, LLC,

    Plaintiff,               Adversary No. 6:16-ap-00036-CCJ

v.

DAVID A. JANNEY,

    Defendant.
_____/

**AGREED AMENDED ORDER SETTING TRIAL ON §727 COUNTS IN AMENDED COMPLAINT;SETTING PRETRIAL PROCEDURES AND PRETRIAL CONFERENCE**

{M1219008.1}

THIS CASE came on for hearing on August 17, 2016 at 10:00 a.m. for a pretrial conference. The Court, having heard the argument of counsel, agrees that it is in the best interest of the parties to continue the trial.

Accordingly it is

**ORDERED** that the parties shall comply with the following procedures:

1. **Trial**. The Trial previously scheduled for September 9, 2016 on the objections to discharge pursuant to 11 U.S.C. § 727(a)(2), (3), (4) and (5) contained in Counts I, II, III and IV of the Amended Complaint is hereby continued for the three day period commencing **December 12, 2016 at 10:30 a.m**. in Courtroom D, Sixth Floor, 400 West Washington Street, Orlando, FL 32801. The objection to dischargeability pursuant to 11 U.S.C. § 523 that is contained in Count V of the Amended Complaint is abated pending the outcome of the objection to discharge.

2. **Responsive Pleadings, Motions and Objections.** All properly filed objections and motions shall be heard at the trial unless otherwise ordered by the Court.

3. **Pretrial Conference**. The Court has set a Pretrial Conference for October 19, 2016 at 2:45 p.m. in Courtroom D, Sixth Floor, 400 West Washington Street, Orlando, FL 32801 with 15 minutes reserved.

4. **Witness List**. The parties shall exchange names and addresses of proposed witnesses or amend any prior Witness Lists within twenty-one (21) days of the date of entry of this Order, along with a brief synopsis of what topics each witness will testify on.

5. **Exhibits.** Parties shall exchange trial exhibits no less than five (5) days before the date set for Trial.

      A.    All exhibits to be used at the Trial must be submitted electronically through the Exhibit Portal as outlined in the Amended Administrative Order supplementing Local Rule 9070-1.

      B.    Each party shall bring two copies of their Exhibit List to the trial and provide these copies to the Courtroom Deputy.

      C.    A party using exhibits during the examination of a witness shall provide paper copies of the exhibits to be used during the examination to the Court, the witness and the other parties. These exhibits should be in a binder and properly numbered.

      D.    All exhibits the parties intend to introduce into evidence must be pre-marked and listed in accordance with Rule 9070-1 and Administrative Order FLMB-2015-6.

      E.    Unless a written objection to authenticity is filed with the Court no later than forty-eight 48 hours before the trial, the Court will admit copies of the exhibits in lieu of the originals.

6. **Discovery Cutoff.** All discovery shall be completed at least seven (7) days before the Trial Date. Any discovery that would require a later due date shall be permitted only on the order of this Court or by filed stipulation of the parties, and only in cases that will not cause of delay of the Trial.

7. **Trial Memorandum.** Each party shall file and serve a Trial Memorandum ten (10) days prior to the trial. The Trial Memorandum shall contain (i) a brief statement of the legal basis of each claim or defense and supporting authority and (ii) a summary of the evidence the party will present at trial and the legal argument upon which it relies. Copies of the principal authorities should be attached to the Trial Memorandum. The Trial Memorandum may also include proposed findings of fact and conclusions of law.

{M1219008.1}

8. **Settlement.**  Any settled matters should be reported immediately to the Court.  In the event that a written stipulation is not complete, the provisions of the settlement shall be read into the record on the morning of trial.

###

Clerk's office to serve.

{M1219008.1}